HENRY M. HUBSHMAN and Others v. SAMUEL BOCK and Others and RAYON CORPORATION OF AMERICA and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

J. HARRIS WARTHMAN, as Trustee under Section 77B of the Bankruptcy Act of the Estate of LAFRANCE INDUSTRIES, Debtor, v. MANUFACTURERS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

B. INDIVIGLIO & SONS, a Copartnership Composed of BENJAMIN INDIVIGLIO, SAMUEL INDIVIGLIO, MARIO INDIVIGLIO and SERAFINO INDIVIGLIO, v. LOUIS JOSEPH MICCIO and Others and ANDERSON BRICK & SUPPLY CO., INC.— Motion for reargument of appeal from final decree entered herein April 17, 1942, denied. Order entered June 19, 1942, resettled. [See ante, p. 847.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN A. LYONS, as Commissioner of Correction of the State of New York, for an Order Directed to JONAH J. GOLDSTEIN, as Judge of the Court of General Sessions, New York County. JOSEPH BENDIX, Intervenor, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARGARET NAGEL v. MYLES A. PAIGE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MORRIS POLLMAN v. SAM POLLMAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANK H. MIESSE, Suing on Behalf of Himself and Such Other Stockholders Similarly Situated as May Choose to Come in and Contribute to the Expense of This Action, v. SEIBERLING RUBBER COMPANY.— Motion for reargument of appeal from order entered March 25, 1942, denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAUDE M. BRONSON v. EDMUND B. BRONSON, Also Known as E. B. BRONSON. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SHABBONA CRESTON OIL & GAS CORPORATION, a Delaware Corporation, v. GRACE RARDIN EAMES DOHERTY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARY STREIT PRESTON v. LAWRENCE G. PRESTON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore and Callahan, JJ.